1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVBN 07225)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12  UNITED STATES OF AMERICA,         )    Case No. 06-70033 WDB
                                      )
13        Plaintiff,                  )    ORDER GRANTING STIPULATION TO
                                      )    CONTINUE PRELIMINARY HEARING
14     v.                             )    AND WAIVING TIME
                                      )
15  CHRISTOPHER ROBERT BACKSTROM, )        Date:  February 14, 2006
                                      )    Time:  10:00 a.m.
16        Defendant.                  )    Before the Honorable Wayne D. Brazil
    _____ )

17

18                              **ORDER**

19       Pursuant to Fed. R. Crim. P. 5.1(d), the parties in this matter filed a Stipulation to Continue

20  Preliminary Hearing and Waiving Time seeking to continue the preliminary hearing  from

21  February 14, 2006 until February 17, 2006.  The Stipulation was signed by Mr. Backstrom's

22  counsel of record as well as on his behalf indicating that Mr. Backstrom knowingly and

23  voluntarily waived his right to a preliminary hearing on February 14, 2006, and continuing the

24  preliminary hearing until February 17, 2006. Good cause appearing therefor,

25     **IT IS HEREBY ORDERED** that the Defendant, Mr. Backstrom, knowingly and voluntarily

26  / / /

27  / / /

28

ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME
Case No.  06-70033 WDB                          1

1    waived the period between February 14, 2006 and February 17, 2006, such that preliminary

2    hearing is now scheduled for February 17, 2006 at 10:00 a.m. and any applicable time limits

3    under Title 18, United States Code, Section 3161 are tolled and waived.

4

5    DATED:   February 9, 2006

IT IS SO ORDERED

Wayne D. Brazil

Judge Wayne D. Brazil

10   WAYNE D. BRAZIL
     United States Magistrate Judge

11

12   Distribute to:

13   Joyce Leavitt
     Assistant Federal Public Defender
14   555 12th Street
     Suite 650
15   Oakland, CA 94607

16   Counsel for Defendant

17

18   H. H. (Shashi) Kewalramani
     Assistant United States Attorney
     1301 Clay Street, Suite 340S
19   Oakland, CA 94612
     Counsel for Plaintiff

20

21

22

23

24

25

26

27

28

ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME
Case No.  06-70033 WDB                      2