IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER ROBIN<br>BACKSTROM,<br>　　　　　Defendant. | Nos.  CR 06-00104 SBA (WDB)<br><br>ORDER REVOKING BOND AND ALLOWING DEFENDANT CHRISTOPHER ROBIN BACKSTROM TO SELF-SURRENDER TO THE US MARSHAL SERVICE NO LATER THAN APRIL 11, 2006 AT 2:00 P.M. |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, at the request of defendant Christopher Robin Backstrom, the release bond which was executed on February 29, 2006, is hereby revoked.  Mr. Backstrom is ordered to self-surrender to the United States Marshal Service on April 11, 2006, by no later than 2:00 p.m., and remain in custody pending the change of plea and sentencing in this case, currently scheduled for Tuesday, July 18, 2006, at 10:00 a.m., before Judge Saundra Brown Armstrong.

　　　The Court understands that the parties have entered into a Rule 11(c)(1)(C) plea agreement in which they agree that the appropriate sentence is five months in custody.  Mr. Backstrom has indicated his desire to go into custody immediately and get credit towards his anticipated sentence.

　　　SO ORDERED.

Date: April  11 , 2006

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　Judge Wayne D. Brazil

*IT IS SO ORDERED.*
*/s/ Wayne D. Brazil*

ORDER REVOKING BOND